IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JQJ LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIV. ACTION NO: 5:17-cv-00875-OLG |
| PELEUS INSURANCE COMPANY, § | |
| THOMAS ANDREW KORALEWSKI, § | |
| AND HEIDI JENNIFER MEADE, § | |
| § | |
| Defendants. § | |

## JOINT ADR REPORT

Pursuant to the Court's Scheduling Order and Local Rule CV-88, Plaintiff JQJ LLC and Defendants Peleus Insurance Company, Thomas Andrew Koralewski, and Heidi Jennifer Meade (collectively, the "Parties") respectfully submit this Joint ADR Report and state:

1. The Parties agree that mediation is the ADR method best suited for resolving this case on an amicable basis and have agreed to participate in a private mediation in March 2018 with Richard Sparr, 1313 NE Loop 410, Suite 100, San Antonio, Texas 78209, 210-828-6500.

2. The Parties will share the cost of the mediator.

Respectfully submitted,

**SOLIS & SMITH, P.C.**

By: */s/ Carlos E. Solis*
   Carlos E. Solis
   Texas Bar No. 24002972
   carlos@solisandsmithlaw.com
   Paul A. Smith
   Texas Bar No. 24015025
   paul@solisandsmithlaw.com

12703 Spectrum Drive, Suite 100
San Antonio, TX  78249
Telephone:    210-223-5000
Facsimile:    210-223-5007

**ATTORNEYS FOR PLAINTIFF**

-and-

**ZELLE LLP**

By: */s/ James W. Holbrook, III*
   Steven J. Badger
   Texas Bar No. 01499050
   sbadger@zelle.com
   James W. Holbrook, III
   Texas Bar No. 24032426
   jholbrook@zelle.com
   Walter W. Cardwell, IV
   Texas Bar No. 24094419
   wcardwell@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANTS**