IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JQJ LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PELEUS INSURANCE COMPANY, § <br> THOMAS ANDREW KORALEWSKI, § <br> AND HEIDI JENNIFER MEADE, § <br> § <br> Defendants. § | CIV. ACTION NO: 5:17-cv-00875-OLG |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendants (collectively, the "Parties") submit this Joint Motion to Dismiss with Prejudice and respectfully state:

1. Plaintiff and Defendants have resolved their dispute and, therefore, request that the Court enter an Order dismissing, with prejudice, any and all claims and causes of action Plaintiff has asserted against Defendants in this lawsuit, with each party to bear its own fees and costs.

**WHEREFORE**, Plaintiff and Defendants jointly move this Court for an Order dismissing Plaintiff's claims and causes of action against Defendants, with prejudice to the refiling of same.

Respectfully submitted,

**SOLIS & SMITH, P.C.**

By: */s/ Carlos E. Solis*
    Carlos E. Solis
    Texas Bar No. 24002972
    carlos@solisandsmithlaw.com
    Paul A. Smith
    Texas Bar No. 24015025
    paul@solisandsmithlaw.com

12703 Spectrum Drive, Suite 100
San Antonio, TX  78249
Telephone:     210-223-5000
Facsimile:     210-223-5007

**ATTORNEYS FOR PLAINTIFF**

-and-

**ZELLE LLP**

By: */s/ James W. Holbrook, III*
    Steven J. Badger
    Texas Bar No. 01499050
    sbadger@zelle.com
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    Walter W. Cardwell, IV
    Texas Bar No. 24094419
    wcardwell@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANTS**